1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5
6  Attorneys for Mr. Murillo-Acosta
7
8                    UNITED STATES DISTRICT COURT
9                FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,       )   Case No. 08mj2140
                                   )
12         Plaintiff,               )
                                   )
13 v.                              )
                                   )   **NOTICE OF APPEARANCE**
14 **ANDRES ALONSO MURILLO-ACOSTA,** )
                                   )
15         Defendant.              )
                                   )
16
17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned.
20                                 Respectfully submitted,
21 Dated: July 16, 2008             _s/ Bridget Kennedy_
                                    Federal Defenders of San Diego, Inc.
22                                  _bridget_kennedy@fd.org_
23
24
25
26
27
28

1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5
6  Attorneys for Mr. Murillo-Acosta
7
8                   UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,     )   Case No. 08mj2140
                                 )
12         Plaintiff,            )
                                 )
13 v.                            )   PROOF OF SERVICE
                                 )
14 **ANDRES ALSONSO MURILLO-ACOSTA,** )
                                 )
15         Defendant.            )
                                 )
16
17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of
18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day
19 upon:
20         **United States Attorney**
           efile.dkt.gc1@usdoj.gov
21
22 Dated: July 16, 2008                    _s/ Bridget L. Kennedy_
                                           **BRIDGET L. KENNEDY**
23                                         Federal Defenders of San Diego, Inc.,
                                           225 Broadway, Suite 900
24                                         San Diego, CA 92101-5030
                                           (619) 234-8467  (tel)
25                                         (619) 687-2666  (fax)
                                           e-mail:bridget_kennedy@fd.org
26
27
28